WILLIAM J. TUBBIOLO, Respondent, v. ANNE S. WATKINS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to vacate granted, with ten dollars costs, upon the ground that the moving affidavit failed to give the residence of the defendant as required by subdivision 1 of section 872 of the Code of Civil Procedure; and that defendant's objection upon that ground should have been sustained at Special Term. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ROBERT A. VAN CLEAVE, Appellant, v. WILLIAM C. DEMOREST and Others, Respondents.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that this court has already decided that the complaint does state facts sufficient to constitute a cause of action (See 186 App. Div. 906), and that the trial court should have regarded that decision as conclusive upon it and as constituting the law of the case. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

WILLIAM K. WATERMAN, Appellant, v. DAVID KRAMER, Respondent.— Order setting aside verdict reversed, with costs, and verdict unanimously reinstated, with costs.   The evidence presented a fair question of fact for the jury, and their decision thereon should not be disturbed.   If there is any preponderance in favor of the defendant, it is not sufficient to justify interfering with the jury's verdict.   Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

BENJAMIN WEINTRAUB, Appellant, v. GUSTAVE E. KRUSE, Respondent.— Order and judgment reversed and new trial granted, with costs to abide the event.   We think that the memorandum jointly signed was sufficient. (See *Tobias* v. *Lynch, ante*, p. 54, decided herewith.)   Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.*

MILTON O. WICKS, Respondent, v. THE CRYSTAL SPRING ICE COMPANY, Appellant, Impleaded with CHARLES H. DANIS, Defendant.— Interlocutory judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

CHARLES F. DELANO, Respondent, v. THE COUNTY OF SUFFOLK, Appellant.— Motion granted, and the following question certified: Does the complaint state a cause of action?   Present — Jenks, P. J., Mills, Putnam and Jaycox, JJ.

In the Matter of the Petition of KATE PALMER to Render and Settle Her Final Account as Administratrix of the Estate of SARAH J. FIELD, Deceased.— Appellant's motion for leave to discontinue on payment of ten dollars costs denied, without costs.   Appellant, however, may discontinue on payment of taxable costs under section 3251, subdivision 4, of the Code of Civil Procedure, and the twenty dollars costs already imposed on previous motions; all of said costs chargeable not upon the estate.   Present — Jenks, P. J., Mills, Putnam and Jaycox, JJ.   [See *ante*, p. 919.]

---

\* For amended decision, see *post*, p. 926.